UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN HIGGINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:06CV1098 CDP |
| FOREST LABORATORIES, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Because this case appears to be similar to those in MDL 1736, pending before Judge Rodney W. Sippel,

**IT IS HEREBY ORDERED** that the Clerk of Court transfer this case to Judge Sippel.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of November, 2006.